IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Robert E. Blackburn**

Civil Case No. 09-cv-02614-REB-KLM

WILLIAM I. DALZELL,
DEVON C. PURDY,
SAM PROPERTIES V, LLC, a Colorado limited liability company,
GREGORY HALLER, and
PAMELA HALLER,

    Plaintiffs,

v.

TRAILHEAD LODGE AT WILDHORSE MEADOWS, LLC, a Colorado limited liability company,
S&P DESTINATION PROPERTIES, INC., a Delaware corporation, and
RP STEAMBOAT SPRINGS, LLC a Delaware limited liability company,

    Defendants.

## MINUTE ORDER[1]

    The matter comes before the court on the **Motion For Leave to File Plaintiffs' Amended Replies in Support of its Motion For Partial Summary Judgment** [#56] filed May 18, 2010. The motion is **GRANTED**, and **Plaintiffs** [sic] **Amended Reply in Support of its Motion For Partial Summary Judgment Against S&P Destination Properties, Inc.** [#56-1] and its concomitant exhibits, and **Plaintiffs' Amended Reply in Support of Motion For Partial Summary Judgment Against Trailhead Lodge Wildhorse Meadows, LLC** [#56-2] and concomitant exhibits, are accepted for filing.

    Dated: May 19, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.