IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02614-REB-KLM

WILLIAM I. DALZELL,
DEVON C. PURDY,
SAM PROPERTIES V, LLC, a Colorado limited liability company,
GREGORY HALLER, and
PAMELA HALLER

      Plaintiffs,

v.

TRAILHEAD LODGE AT WILDHORSE MEADOWS, LLC, a Colorado limited liability company,
S & P DESTINATION PROPERTIES, INC., a Delaware corporation, and
RP STEAMBOAT SPRINGS, LLC, a Delaware limited liability company,

      Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on the parties' **Joint Motion to Vacate Scheduled Final Pretrial Conference** [Docket No. 83; Filed October 13, 2010] (the "Motion").

      IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Counsel for the parties shall conference together on a single line and call the Court at (303) 335-2770 for a status conference on **October 18, 2010 at 9:30 a.m.**

Dated: October 13, 2010