**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  09-cv-02614-REB-KLM

WILLIAM I. DALZELL,
DEVON C. PURDY,
SAM PROPERTIES V, LLC, a Colorado limited liability company,
GREGORY HALLER, and
PAMELA HALLER,

      Plaintiffs,

v.

TRAILHEAD LODGE AT WILDHORSE MEADOWS, LLC, a Colorado limited liability
company,
S&P DESTINATION PROPERTIES, INC., a Delaware corporation, and
RP STEAMBOAT SPRINGS, LLC a Delaware limited liability company,

      Defendants.

---

**ORDER OF DISMISSAL
AS TO DEFENDANT S&P DESTINATION PROPERTIES, INC., ONLY**

---

**Blackburn, J.**

      The matter before me is the **Stipulation For Partial Dismissal of Plaintiffs'**

**Claims Against S&P Destination Properties, Inc.** [#106] filed December 1, 2010.

After reviewing the stipulation and the file, I conclude that the stipulation should be

approved and that plaintiffs' claims against defendant, S&P Destination Properties, Inc.,

should be dismissed with prejudice.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the **Stipulation For Partial Dismissal of Plaintiffs' Claims Against**

**S&P Destination Properties, Inc.** [#106] filed December 1, 2010, is **APPROVED**;

      2.  That plaintiffs' claims against defendant, S&P Destination Properties, Inc., are

**DISMISSED WITH PREJUDICE**;

3.  That any corporate representative and counsel for defendant, S&P

Destination Properties, Inc., are **EXCUSED** from attendance at and participation in the

Trial Preparation Conference set for December 3, 2010, and the trial to the court set to

commence December 6, 2010; and

4.  That defendant, S&P Destination Properties, Inc., is **DROPPED** as a named

party to this litigation, and the case caption is amended accordingly.

Dated December 2, 2010, Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge