**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Case No.  09-cv-02614-REB-KLM

WILLIAM I. DALZELL,
DEVON C. PURDY,
SAM PROPERTIES V, LLC, a Colorado limited liability company,
GREGORY HALLER, and
PAMELA HALLER,

    Plaintiffs,

v.

TRAILHEAD LODGE AT WILDHORSE MEADOWS, LLC, a Colorado limited liability company, and
RP STEAMBOAT SPRINGS, LLC a Delaware limited liability company,

    Defendants.

**ORDER APPROVING PARTIES' STIPULATION RE: DISMISSAL**
**OF PLAINTIFFS' FOURTH THROUGH SEVENTH CLAIMS IN**
**PLAINTIFFS' SECOND AMENDED COMPLAINT**

**Blackburn, J.**

    The matter before me is the **Stipulation of Dismissal Without Prejudice** [#111] filed December 2, 2010.  After reviewing the stipulation and the file, I conclude that the stipulation should be approved and that plaintiffs' state law claims in the fourth through seventh claims for relief in the Second Amended Complaint [#70] should be dismissed without prejudice on the terms and conditions of the stipulation.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Stipulation of Dismissal Without Prejudice** [#111] filed December 2, 2010, is **APPROVED**; and

2.  That plaintiffs' state law claims in the fourth through seventh claims for relief in the Second Amended Complaint [#70] are **DISMISSED WITHOUT PREJUDICE** on the terms and conditions of the stipulation, with the parties to pay their own attorney fees and costs relating to the state law claims.

Dated December 6, 2010, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge