**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  09-cv-02614-REB-KLM

WILLIAM I. DALZELL,
DEVON C. PURDY,
SAM PROPERTIES V, LLC, a Colorado limited liability company,
GREGORY HALLER, and
PAMELA HALLER,

      Plaintiffs,

v.

TRAILHEAD LODGE AT WILDHORSE MEADOWS, LLC, a Colorado limited liability company, and
RP STEAMBOAT SPRINGS, LLC a Delaware limited liability company,

      Defendants.

## ORDER APPROVING STIPULATION FOR FINAL BRIEFING

**Blackburn, J.**

      The matter before me is the **Stipulation For Final Briefing** [#119] filed December 9, 2010.  After reviewing the stipulation and the file, I conclude that the stipulation should be approved and that a briefing schedule should be set.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the **Stipulation For Final Briefing** [#119] filed December 9, 2010, is **APPROVED** and its terms are ordered implemented effective forthwith;

      2.  That accordingly, plaintiffs and defendants shall each submit an opening written brief of no more than twenty (20) pages, plus such affidavits and exhibits as are necessary to address issues that remain outstanding after the court's **Order Granting Motions For Summary Judgment** [#103] entered November 30, 2010;

3.  That the parties' opening briefs shall be due by **December 30, 2010**;

4.  That each side may file a response brief of no more than twenty (20) pages by **January 19, 2011**;

5.  That on **January 24, 2011**, commencing at 10:00 a.m., the court shall conduct a telephonic setting conference to set this matter for oral argument that shall not exceed forty-five (45) minutes per side; and

6.  That counsel for the plaintiffs shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

Dated December 9, 2010, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge