**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-02614-REB-KLM

WILLIAM I. DALZELL,
DEVON C. PURDY,
SAM PROPERTIES V, LLC, a Colorado limited liability company,
GREGORY HALLER, and
PAMELA HALLER,

    Plaintiffs,

v.

TRAILHEAD LODGE AT WILDHORSE MEADOWS, LLC, a Colorado limited liability company, and
RP STEAMBOAT SPRINGS, LLC a Delaware limited liability company,

    Defendants.

---

## **MINUTE ORDER**[1]

---

    Initially, the plaintiffs' proposed bill of costs was docketed as a motion for costs [#168]. Subsequently, the plaintiffs filed essentially the same document [#170] as a proposed bill of costs. Based on the proposed bill of costs [#170], the clerk of the court taxed costs[#173] in favor of the plaintiff. The plaintiffs' proposed bill of costs docketed as a motion for costs [#168] is **DENIED** as moot.

    Dated: September 23, 2013

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.